IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MARY SARGENT**
**ADC #710323**                                                                                                  **PLAINTIFF**

**v.**                              **CASE NO. 5:12CV00400 BSM/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                      **DEFENDANT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 18] and the filed objections [Doc. No. 20] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff Mary Sargent's petition for writ of habeas corpus [Doc. No. 2] is dismissed with prejudice.

2. Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability is denied.

An appropriate judgment shall accompany this order.

Dated this 11th day of January 2013.

_____
UNITED STATES DISTRICT JUDGE